UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER TIMOTHY STOREY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-2073 (JCH) |
| ) | |
| DONALD ROPER, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED**, and his claims are **DISMISSED** with prejudice.

Dated this 16th day of June, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE