UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER TIMOTHY STOREY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05-CV-2073 (JCH) |
| ) | |
| DONALD ROPER, ) | |
| ) | |
| Respondent. ) | |

## **CERTIFICATE OF APPEALABILITY**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner is **GRANTED** a Certificate of Appealability to appeal the following claims to the United States Court of Appeals for the Eighth Circuit: Claim Nine, Claim Fourteen, Claim Twenty-Seven, and Claim Thirty-Nine.

Dated this 16th day of June, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE